No. 90-8047.   COOK v. BOARD OF EDUCATION OF THE MEMPHIS CITY SCHOOLS ET AL.   Ct. App. Tenn.   Certiorari denied.

No. 90-8048.   FUHRMAN v. CITY OF DAYTON.   Ct. App. Ohio, Montgomery County.   Certiorari denied.

No. 90-8056.   SMITH v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 90-8062.   ANDERSON v. OHIO.   Sup. Ct. Ohio.   Certiorari denied.

No. 90-8088.   FOSTER v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 90-8097.   ADAMS v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 90-8099.   COLEMAN v. PUNG, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 90-8105.   MASON v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 90-8131.   WINSTON v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 90-8132.   THOMAS v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 90-8137.   BOZEMAN v. UNITED STATES PAROLE COMMISSION ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 90-8140.   FIGUEROA v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 90-8142.   BORROTO v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 90-8148.   WHITTEN v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 90-8151.   WILSON v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.